Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 21-262-ELG |
| | ) | |
| Wanda P. Riddick | ) | (Chapter 13) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**OPPOSITION TO MOTION TO DISMISS**

Comes now Wanda P. Riddick ("Ms. Riddick" or the "Debtor"), by and through undersigned counsel, and in opposition to the Motion to Dismiss (the "Motion," as found at DE #28) filed by Rebecca A. Herr, Chapter 13 trustee herein (the "Trustee") states as follows:

While Ms. Riddick is behind on making certain plan payments, she has generally made most such payments over the preceding years and is in the process of assessing whether she is in a position to endeavor to catch up such payments, to propose an amendment to her plan, to explore successive bankruptcy petitions, or to seek other relief. Ms. Riddick looks forward to being able to more fully address this issue at the hearing scheduled on the Motion.

**[SIGNATURE ON FOLLOWING PAGE]**

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: February 26, 2024 | By: /s/ Maurice B. VerStandig |
|  | Maurice B. VerStandig, Esq. |
|  | Bar No. MD18071 |
|  | The VerStandig Law Firm, LLC |
|  | 1452 W. Horizon Ridge Pkwy, #665 |
|  | Henderson, Nevada 89012 |
|  | Phone: (301) 444-4600 |
|  | Facsimile: (301) 444-4600 |
|  | mac@mbvesq.com |
|  | *Counsel for the Debtor* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of February, 2024, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein.

/s/ Maurice B. VerStandig
Maurice B. VerStandig