The order below is hereby signed.

Signed: March 15 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

IN RE:
**WANDA P. RIDDICK**

            Case No. **21-00262-ELG**
            Chapter 13

Debtor

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss Case, and any responses thereto, and after any hearing thereon, good cause appearing therein, it is, by the United States Bankruptcy Court for the District of Columbia,

**ORDERED**, that the above-referenced Chapter 13 case is dismissed, in accordance with 11 U.S.C. §1307(c); and ALL PARTIES ARE HEREBY NOTIFIED that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

I ASK FOR THIS:
/s/ Rebecca A. Herr

Chapter 13 Trustee BAR#MD0032
185 Admiral Cochrane Dr. Suite 240
Annapolis, MD  21401
301.805.4700
rherr@ch13md.com

cc:    WANDA P. RIDDICK
        220 CHANNING STREET, NE
        WASHINGTON, DC  20002
        *Debtor*

MAURICE VERSTANDIG
1050 CONNECTICUT AVE NW
SUITE 500
WASHINGTON, DC  20036
*Attorney for Debtor*

All Creditors and Parties of Interest