The order below is hereby signed.

Signed: March 15 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

IN RE:
**WANDA P. RIDDICK**

Case No. **21-00262-ELG**
Chapter 13

Debtor

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss Case, and any responses thereto, and after any hearing thereon, good cause appearing therein, it is, by the United States Bankruptcy Court for the District of Columbia,

**ORDERED**, that the above-referenced Chapter 13 case is dismissed, in accordance with 11 U.S.C. §1307(c); and ALL PARTIES ARE HEREBY NOTIFIED that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

I ASK FOR THIS:

/s/ Rebecca A. Herr

Chapter 13 Trustee BAR#MD0032
185 Admiral Cochrane Dr. Suite 240
Annapolis, MD  21401
301.805.4700
rherr@ch13md.com

cc:   WANDA P. RIDDICK
      220 CHANNING STREET, NE
      WASHINGTON, DC  20002
      *Debtor*

MAURICE VERSTANDIG  
1050 CONNECTICUT AVE NW  
SUITE 500  
WASHINGTON, DC  20036  
*Attorney for Debtor*

All Creditors and Parties of Interest

United States Bankruptcy Court

District of Columbia

In re: Case No. 21-00262-ELG
Wanda P. Riddick Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 4
Date Rcvd: Mar 15, 2024      Form ID: pdf001      Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wanda P. Riddick, 220 Channing Street, NE, Washington, DC 20002-1026 |
| 759465 | + | Athene Annuity & Life Assurance Company, c/o Athene Asset Management, L.P., 2121 Rosecrans Avenue, El Segundo, CA 90245-4743 |
| 759905 | + | DC GOV'T OFFICE OF TAX AND REVENUE, P.O. BOX 75520, WASHINGTON DC 20013-0520 |
| 759918 | + | DC GOV'T OFFICE OF TAX AND REVENUE, P.O. BOX 37559, WASHINGTON DC 20013-7559 |
| 759482 | + | Government of the District of Columbia, Office of the Chief Financial Officer, Office of Tax and Revenue, 1101 4th Street, SW, Washington, DC 20024-4458 |
| 759488 | + | Niswi, LLC d/b/a Lendumo, P. O. Box 542, Lac Du Flambeau, WI 54538-0542 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 759756 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 15 2024 22:18:00 | Athene Annuity & Life Assurance Company, Select Portfolio Servicing, Inc., Attn: Remittance Processing, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 759729 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 15 2024 22:18:00 | Athene Annuity & Life Assurance Company, Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT. 84165-0250 |
| 759466 | + | Email/Text: bk@avant.com | Mar 15 2024 22:18:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 759467 | | Email/Text: bankruptcy@bigpictureloans.com | Mar 15 2024 22:18:00 | Big Picture Loans, LLC, P.O. Box 704, Watersmeet, MI 49969 |
| 759812 | + | Email/Text: famc-bk@1stassociates.com | Mar 15 2024 22:18:00 | Bank of Missouri, 2700 S Lorraine Pl, Sioux Falls SD 57106-3657 |
| 759470 | | Email/Text: cfcbackoffice@contfinco.com | Mar 15 2024 22:18:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 3220, Buffalo, NY 14240 |
| 759469 | | Email/Text: cfcbackoffice@contfinco.com | Mar 15 2024 22:18:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 759471 | | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | Mar 15 2024 22:18:00 | CorTrust Bank, Attn: Bankruptcy, Po Box 7030, Mitchell, SD 57301 |
| 759468 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 15 2024 22:21:42 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 760027 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 15 2024 22:22:10 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 760030 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 15 2024 22:22:15 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 759472 | + | Email/Text: bankruptcy@sccompanies.com | Mar 15 2024 22:18:00 | Country Door/Swiss Colony, Attn:Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |

Case 21-00262-ELG   Doc 32   Filed 03/17/24   Entered 03/18/24 00:03:37   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0090-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 15, 2024 | Form ID: pdf001 | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| 759473 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Mar 15 2024 22:32:31 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 759475 | | Email/Text: notice@firstloan.com | | |
| | | | Mar 15 2024 22:18:00 | First Loan, PO Box 1536, Lower Lake, CA 95457 |
| 759476 | | Email/Text: BNSFN@capitalsvcs.com | | |
| | | | Mar 15 2024 22:18:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 759478 | | Email/Text: BNBLAZE@capitalsvcs.com | | |
| | | | Mar 15 2024 22:18:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 759474 | ^ | MEBN | | |
| | | | Mar 15 2024 22:13:42 | First Digital Card, Attn: Bankruptcy, Po Box 85650, Sioux Falls, SD 57118-5650 |
| 759477 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Mar 15 2024 22:21:16 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 759479 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | | Mar 15 2024 22:18:00 | Genesis Credit/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 759480 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | | Mar 15 2024 22:18:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 759481 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | | Mar 15 2024 22:18:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 759483 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Mar 15 2024 22:18:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 760206 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Mar 15 2024 22:21:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 760032 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Mar 15 2024 22:21:16 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 759484 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Mar 15 2024 22:22:11 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 759840 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Mar 15 2024 22:18:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 759485 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Mar 15 2024 22:18:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 759486 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Mar 15 2024 22:18:00 | Midnight Velvet/Swiss Colony, Attn: Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 759487 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Mar 15 2024 22:18:00 | Monroe & Main, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 760232 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Mar 15 2024 22:18:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, PO Box 772813, Chicago IL 60677-2813 |
| 760229 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Mar 15 2024 22:18:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 760021 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Mar 15 2024 22:18:00 | Quantum3 Group LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 760018 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Mar 15 2024 22:18:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 759489 | | Email/Text: notice@rightnowloan.com | | |
| | | | Mar 15 2024 22:18:00 | Right Now Loans, PO Box 4102, Clearlake, CA 95422 |
| 759490 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Mar 15 2024 22:18:00 | Select Portfolio Servicing, Inc., Attn: Bankruptcy Dept., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 759491 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Mar 15 2024 22:18:00 | Seventh Ave/Swiss Colony Inc., Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |

| District/off: 0090-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 15, 2024 | Form ID: pdf001 | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| 759492 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 15 2024 22:21:20 | Syncb/walmart, Po Box 965060, Orlando, FL 32896-5060 |
| 759811 | ^ | MEBN | Mar 15 2024 22:13:45 | Synovus, 2700 S Lorraine Pl, Sioux Falls SD 57106-3657 |
| 759493 | + | Email/Text: bncmail@w-legal.com | Mar 15 2024 22:18:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 759494 | + | Email/Text: famc-bk@1stassociates.com | Mar 15 2024 22:18:00 | Total Visa/tbom/vt, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 759605 | | Email/Text: electronicbkydocs@nelnet.net | Mar 15 2024 22:18:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 759606 | | Email/Text: electronicbkydocs@nelnet.net | Mar 15 2024 22:18:00 | US DEPT OF EDUCATION, PO BOX 790321, ST LOUIS MO 63179-0321 |
| 767880 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 15 2024 22:18:00 | US DEPT OF EDUCATION, PO BOX 2837, PORTLAND OR 97208-2837 |
| 767879 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 15 2024 22:18:00 | United States Department of Education, c/o NELNET, 121 S 13th Street, Lincoln NE 68508-1904 |
| 759495 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 15 2024 22:18:00 | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 760191 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 15 2024 22:21:16 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 759496 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 15 2024 22:18:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 760190 | | Email/PDF: ebn_ais@aisinfo.com | Mar 15 2024 22:21:42 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 17, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | |
|---|---|
| Leah C. Freedman | on behalf of Creditor Athene Annuity & Life Assurance Company c/o Select Portfolio Servicing Inc. bankruptcy@bww-law.com, bankruptcy@bww-law.com |
| Leah C. Freedman | on behalf of Creditor Athene Annuity & Life Assurance Company bankruptcy@bww-law.com bankruptcy@bww-law.com |
| Maurice Belmont VerStandig | on behalf of Debtor Wanda P. Riddick mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Rebecca A. Herr | on behalf of Trustee Rebecca A. Herr ecf@ch13md.com |
| Rebecca A. Herr | ecf@ch13md.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 6