**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that BWW LAW GROUP, LLC, by counsel, hereby gives notice that Leah C. Freedman is leaving the firm and withdraws from the pending cases listed on the attached Exhibit A, effective June 7, 2024.

PLEASE TAKE FURTHER NOTICE that Gregory C. Mullen will replace Leah C. Freedman as counsel for the creditors in the pending cases listed on Exhibit A.

Respectfully Submitted,

BWW LAW GROUP, LLC

BY: /s/ Leah Freedman
    Leah C. Freedman, Bar #MD21221

BY: /s/ Gregory C. Mullen
    Gregory C. Mullen, Bar #MD0020
    6003 Executive Boulevard, Suite 101
    Rockville, MD 20852
    301-961-6555; 301-961-6486 (fax)

**EXHIBIT A**

| Case No. | Case Title |
|---|---|
| 09-00414-SMT | Stephen Thomas Yelverton |
| 09-00455-ELG | Theron C Haskins |
| 09-00791-SMT | Vincent N Mbanefo |
| 10-00036-SMT | Dawn Denise Dickerson and Terry Antwan Diggs |
| 10-00359-SMT | Antonio Roberson |
| 10-00651-SMT | Margo L Bailey |
| 10-00685-ELG | Gemma Calliste |
| 10-00743-SMT | Marc S Barnes and Anne M Barnes |
| 10-01263-SMT | Edward Wayne Harris |
| 11-00015-SMT | Kimberly A. Poindexter |
| 11-00874-SMT | Earl Michael Hudgens and Sharon Cornelia Hudgens |
| 11-00907-SMT | Lesley Nesmith |
| 11-00909-SMT | Meheret Mellese |
| 12-00143-SMT | Emmanuel F. Blackwell |
| 12-00237-SMT | Theresa Lygia Williams-Sperry |
| 12-00724-SMT | Burl Binion |
| 12-00733-SMT | Sean Coleman |
| 12-00753-SMT | Robert William Hall, Jr. |
| 12-00762-SMT | Valida C. Walker |
| 13-00039-SMT | Judith Elaine Carter |
| 13-00066-SMT | Anthony Andre White and Dawn Alvera White |
| 13-00135-SMT | Shannon Barksdale |
| 13-00187-SMT | Kenneth M Coleman |
| 13-00227-SMT | Redora Maddox |
| 13-00253-SMT | Karla Saunders |
| 13-00309-SMT | Marisa W. Hall |
| 13-00341-SMT | Wanda P. Riddick |
| 13-00500-SMT | Earl Calliste |
| 13-00559-ELG | Siah Willie |
| 13-00587-SMT | Tracey L. Modeste |
| 13-00601-SMT | Paul R. Jackson |
| 13-00752-SMT | David Barry Benowitz |
| 14-00080-SMT | Deidra L Bynum |
| 14-00211-SMT | Tammy P. McCoy |
| 14-00239-ELG | Seth Jay Price |
| 14-00260-SMT | Paul J. Demko |
| 14-00272-SMT | Oliver N.E. Kellman, Sr. |
| 14-00403-SMT | Norrisa Tworkowski |
| 14-00452-SMT | Tracy Ware |
| 14-00510-SMT | Lois Charnise Taylor |
| 14-00561-SMT | Michael T Wallace |
| 14-00569-SMT | Teresa A. Mueller |
| 14-00582-SMT | Crystal L. Wilkerson |
| 14-00625-SMT | Diane Adams |
| 14-00706-SMT | Laird H. Reid |
| 14-00716-SMT | Pauline Jackson Hughes and Sherman Lamont Hughes |

| | |
|---|---|
| 14-00720-SMT | Aaron Edward Johnson, II |
| 14-00731-SMT | Gloria Benitez Hernandez |
| 14-00747-SMT | Elizabeth A. Horwitz |
| 14-00755-SMT | Roxan A. Kerr |
| 15-00006-ELG | Phyllis Day |
| 15-00009-SMT | Cindy D. Dupree and Roland Dupree |
| 15-00016-SMT | Nelson Enoch Greene, III |
| 15-00024-SMT | Warren R Strother, III |
| 15-00086-SMT | Kevin D. Rogers |
| 15-00118-SMT | Walter E Fauntroy and Dorothy S. Fauntroy |
| 15-00159-SMT | Theresa Lovette Byrd |
| 15-00171-SMT | Michael Young |
| 15-00184-SMT | Vernetta Denise Roy-Bassett |
| 15-00241-SMT | Johnetta M Cade |
| 15-00246-ELG | Joaquin Bernard Siler |
| 15-00264-SMT | Ricardo Gregory Stewart |
| 15-00271-SMT | Luberta Delsena Agnew |
| 15-00303-SMT | Linda N. Awkard |
| 15-00325-ELG | Janethe Ernestina Pena Mondragon |
| 15-00334-SMT | Ella E Johnson |
| 15-00359-SMT | Sonya Hughes |
| 15-00363-ELG | Sherry L Garner |
| 15-00371-SMT | Kenya Lynn Johnson |
| 15-00381-SMT | Dionne D. White |
| 15-00395-SMT | Deborah R Lockett |
| 15-00397-SMT | Rickie J Wilson |
| 15-00457-ELG | Illium Zarco Williams |
| 15-00469-SMT | Patricia Jacqueline Harris |
| 15-00505-SMT | Cynthia LaVern Fox |
| 15-00529-SMT | Karon T. Brown |
| 15-00540-ELG | Stuart Mills Davenport |
| 15-00571-SMT | Rachel H. Dove |
| 15-00614-ELG | Rita M. Bell-Monte |
| 15-00650-SMT | Diane Marie Neely |
| 16-00026-SMT | Jonathan E. Smith and Colleen P. Popson |
| 16-00053-ELG | Walter R Cooke |
| 16-00069-SMT | Leonard Lenard Ledbetter, Sr. and Rosa Gena Ledbetter |
| 16-00077-SMT | Marion Michelle Branch |
| 16-00145-SMT | Rasheda Imani Campbell |
| 16-00157-SMT | Gary L. Lockhart |
| 16-00162-SMT | Bruce Cuyler Newby |
| 16-00188-SMT | Jeffrey Bruce Williams |
| 16-00201-SMT | Ruby R. Farmer |
| 16-00217-SMT | Anthony Antoniswami |
| 16-00291-SMT | Adolphus M Grant |
| 16-00323-SMT | Reginald Oliver Grant, II |
| 16-00332-SMT | Alita Dyani Brown |
| 16-00371-SMT | James R. Lindsay |
| 16-00373-SMT | Neil K Bailey |

| | |
|---|---|
| 16-00375-ELG | Victor Tyrone Watson |
| 16-00380-SMT | Roderick L Davis |
| 16-00446-SMT | Souleymane Diallo |
| 16-00447-SMT | Alice M. Freeman |
| 16-00466-ELG | David J Brown |
| 16-00588-ELG | Katheryne S. Willis |
| 16-00604-ELG | Marchelle Denise Putney |
| 16-00609-SMT | Clement Ali Ludd |
| 16-00638-SMT | Hugh Olu Damon Weithers |
| 16-00670-ELG | Dionne I LAW |
| 17-00016-SMT | Beulah Jeanette Robinson |
| 17-00020-SMT | Terrence A. Bradford |
| 17-00047-SMT | Joyce McKeithan |
| 17-00077-ELG | Geraldine Williams |
| 17-00081-SMT | Gwendolyn M Barksdale-Barnett |
| 17-00082-SMT | Allan A.C. Griffith, III |
| 17-00091-SMT | Eshetu S Haile |
| 17-00104-SMT | Sandra V Watson |
| 17-00125-SMT | Brian Thomas Hubbard, Sr. |
| 17-00151-SMT | Beverly L Armstrong |
| 17-00174-SMT | Charmaine Brandon |
| 17-00208-SMT | Angela A Ashton-Becton |
| 17-00233-SMT | Ruth Helen Lawrence |
| 17-00234-SMT | Stephanie J Torrence |
| 17-00235-SMT | Kevin S Stafford |
| 17-00260-SMT | Hardatt Lall |
| 17-00315-ELG | Sharman C Edge |
| 17-00339-SMT | David Sevot |
| 17-00348-SMT | Norris Anthony Williams |
| 17-00361-SMT | Ralph M Cooke, IV |
| 17-00365-SMT | William Dominic Simmons II and Amana Thompson Simmons |
| 17-00432-SMT | Mesfin Giorgis and Aryame Merach |
| 17-00442-SMT | Marilyn L. Randall |
| 17-00466-ELG | Gina A. Rupert |
| 17-00469-SMT | Kimberly Ann Jordan |
| 17-00525-ELG | Victoria M. Thomas |
| 17-00527-SMT | Diane Adams |
| 17-00534-ELG | Jacqueline Laverne Hart |
| 17-00542-SMT | Jeffrey Howard Watson |
| 17-00678-ELG | Darlene Porter |
| 17-00679-SMT | Etenat Zegeye |
| 17-00680-SMT | Elizabeth C Lloyd |
| 17-00684-ELG | Imelda Isis Sabelino |
| 17-00714-SMT | Tesae Christine Harrington |
| 18-00020-SMT | Diane Estellita Adams |
| 18-00094-SMT | Kihuha Edwin Njuguna |
| 18-00156-ELG | Valerie Denise Francies |
| 18-00192-ELG | Tanisha Zandra Stephens |
| 18-00240-ELG | Mark Bartenfelder |

| | |
|---|---|
| 18-00249-SMT | Hugh Olu Damon Weithers |
| 18-00260-ELG | Max E. Salas |
| 18-00262-SMT | Jean F Jackson |
| 18-00278-ELG | Joseph S. Goins, Jr. |
| 18-00318-ELG | Vera D Philson |
| 18-00353-SMT | Pauline A. Pilate |
| 18-00355-SMT | Wayne Zeigler |
| 18-00360-ELG | Cleopatra L. Jones |
| 18-00410-ELG | Ramona K Barber |
| 18-00431-ELG | Alice Mae Curry |
| 18-00546-SMT | Rabindranauth Ramson |
| 18-00565-SMT | Vernice Guthrie |
| 18-00616-ELG | Monique Lorae Watson |
| 18-00622-ELG | Gary R Feenster, Sr. |
| 18-00629-SMT | Deborah Lynn Steiner |
| 18-00648-ELG | John Calvin Jones |
| 18-00661-ELG | Yenicia Eugenia Montes |
| 18-00662-SMT | Erin Christopher Woody |
| 18-00697-SMT | Thandeka-Akua Yaa Asantewa Taharaka |
| 18-00710-SMT | Pegus D Heard, Sr. |
| 18-00798-ELG | Alvin M. Dorsey |
| 19-00003-ELG | Mark Fam |
| 19-00006-ELG | April Daniels |
| 19-00007-ELG | Alisha Neal |
| 19-00063-ELG | Itanya C. Archie |
| 19-00099-ELG | Carmen V. Lewis |
| 19-00105-SMT | Adolphus M Grant |
| 19-00131-ELG | Sabrina Easterling |
| 19-00184-ELG | Alverna Thompson |
| 19-00252-ELG | Wilmarie Herrera Matos |
| 19-00274-ELG | Harold J Taylor, II |
| 19-00281-ELG | Wayne Zeigler |
| 19-00299-ELG | Sheila J Harley |
| 19-00315-ELG | Nathan Decarlos Price |
| 19-00365-SMT | John Kennedy Cofer |
| 19-00380-SMT | Ana Herrera Ruiz |
| 19-00391-SMT | Erin Michelle Rosebar |
| 19-00396-ELG | Clifford J Wise |
| 19-00413-ELG | Ralph M Cooke, IV |
| 19-00432-SMT | Janet Lugo |
| 19-00450-ELG | Vincent L. Phillips |
| 19-00458-ELG | Lucy Imelda Adams |
| 19-00466-ELG | Cynthia A Ward |
| 19-00467-SMT | Elsa B. Roberts |
| 19-00472-ELG | Willene Poteat |
| 19-00504-SMT | Zenobia Denelle Wilson |
| 19-00507-ELG | Stacey Ann Makell |
| 19-00532-ELG | Shelley Robinson |
| 19-00559-ELG | Victoria Lowery Nelson |

| | |
|---|---|
| 19-00579-ELG | Littyce Maria Boone |
| 19-00596-ELG | Angel A. Clark |
| 19-00598-ELG | Kathryn Toggas |
| 19-00608-ELG | James W. Johnson, Sr. |
| 19-00612-ELG | Aaron Sebastian Hippolyte |
| 19-00634-ELG | Lynnette Karen Marie Jeffers |
| 19-00654-SMT | Vassel A Clarke |
| 19-00657-ELG | Lawrence Henderson |
| 19-00662-ELG | Loretta R Tullis |
| 19-00726-ELG | Stacy Cecelia Mills |
| 19-00744-ELG | Kenneth Dean |
| 19-00775-ELG | David Hinson |
| 19-00813-SMT | Tesae Christine Harrington |
| 19-00828-ELG | Jaspreet Kaur Attariwala |
| 19-00832-ELG | Joyce A. Christian |
| 19-00839-ELG | Angeline L Sutton |
| 20-00012-ELG | Deborah L. Rosario |
| 20-00024-ELG | Kori V Ricketts |
| 20-00032-SMT | Mansa M. Taitt |
| 20-00069-ELG | Derrick Fitzgerald Smith |
| 20-00070-ELG | Thomas Patrick Sweeney |
| 20-00073-ELG | Carlen M Anderson |
| 20-00075-ELG | William Patrick Farrand |
| 20-00083-ELG | Mark J. Jefferson |
| 20-00085-ELG | Crystal L Heath |
| 20-00092-ELG | Marlene D. Hurt |
| 20-00117-ELG | Angelo Fennell |
| 20-00127-SMT | Christopher Schwapp |
| 20-00145-ELG | Cassandra Harris |
| 20-00154-ELG | Walter Leroy Peacock |
| 20-00155-ELG | Charles Robert Gray, Jr |
| 20-00157-ELG | Kehinde A. Taiwo |
| 20-00161-SMT | Mahbobeh Shariati |
| 20-00162-ELG | LaShawne Bryant |
| 20-00197-ELG | Joel Nathanial Godfrey-Smith and Jessica Larissa Godfrey-Smith |
| 20-00277-ELG | Robert Gresinger |
| 20-00282-ELG | Carroll B Platt, Jr. |
| 20-00289-ELG | Debbie T Garcia |
| 20-00377-ELG | Christopher Schwapp |
| 20-00409-ELG | Henrietta S. Nelson |
| 20-00486-ELG | Thalene Devi Beckles |
| 20-00501-ELG | John Kennedy Cofer |
| 21-00062-ELG | Johnnie Odessa Johnson |
| 21-00128-ELG | Mark D. Franklin, Sr. |
| 21-00177-ELG | Kintura Newman |
| 21-00199-ELG | Pamela Hawthorne and Carl W Hawthorne, Sr. |
| 21-00200-ELG | Gwendolyn M Valentine |
| 21-00212-ELG | April Daniels |
| 21-00246-ELG | Shannon G. Wagner |

| | |
|---|---|
| 21-00262-ELG | Wanda P. Riddick |
| 22-00001-ELG | Leonard Jason Small |
| 22-00052-ELG | Fathia S. Boussaa |
| 22-00177-ELG | Robert D. Gordon, II |
| 22-00182-ELG | Jennifer Castillo |
| 22-00201-ELG | Melinda Lee Hunter |
| 22-00241-ELG | Carrie Bachner |
| 23-00005-ELG | Colon W. Johnson |
| 23-00013-ELG | Whitney Constance Mirts and John Mark King |
| 23-00040-ELG | Rico C. Kinney |
| 23-00041-ELG | Demille J. Morris |
| 23-00042-ELG | Tesae Christine Harrington |
| 23-00106-ELG | Lucille Tillman |
| 23-00130-ELG | Gloria D Benitez Hernandez |
| 23-00135-ELG | Robin King |
| 23-00199-ELG | Delores D Hamilton |
| 23-00201-ELG | Etenat Zegeye |
| 23-00212-ELG | Paul Lutov |
| 23-00227-ELG | Sitembile A Knatt |
| 23-00228-ELG | Selena Brown |
| 23-00257-ELG | Vincent Larry Phillips |
| 23-00261-ELG | Darryl W Thomas |
| 23-00308-ELG | Rashaan Clark Mitchell and Neveene Vaughn Taylor-Mitchell |
| 23-00322-ELG | Carmelia Yvette Ferrell |
| 23-00325-ELG | Joyce C Harris |
| 23-00345-ELG | Tesae Christine Harrington |
| 23-00353-ELG | Syed H Hussain |
| 23-00357-ELG | Joseph S Goins |
| 24-00009-ELG | Carlen M Anderson |
| 24-00039-ELG | Maria R Escolero De Cruz |
| 24-00043-ELG | Altagracia Claribel Reynoso |
| 24-00044-ELG | Juana Rosa Minano |
| 24-00062-ELG | Lester Reid |
| 24-00089-ELG | Robert F. Walker, Jr. |
| 24-00101-ELG | Henrietta Marie Johnson |
| 24-00127-ELG | Cynthia A Ward |
| 24-00152-ELG | Deitrice Willard Ruffin |
| 24-00157-ELG | Steven G McLendon |
| 24-00161-ELG | Fred D Morris, Jr and Shernita N Morris |